1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    REBECCA A. ROSENSTEIN
3   Assistant Federal Public Defender
    411 E. Bonneville Avenue, Suite 250
4   Las Vegas, Nevada 89101
    (702) 388-6577
5   (Fax) 388-6261

6   Attorneys for Joseph Andrade

7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10                             * * *

11

12  UNITED STATES OF AMERICA,            2:12-cr-00237-MMD-CWH

13                  Plaintiff,           **DEFENDANT ANDRADE'S JOINDER
                                         IN DEFENDANT GAYTAN'S MOTION
14  vs.                                  TO SEVER TRIAL OF DEFENDANTS
                                         (CR 38)**
15  JOSEPH ANDRADE,

16                  Defendant.

17

18          COMES NOW the defendant, JOSEPH ANDRADE, by and through his counsel of

19  record, Rene L. Valladares, Federal Public Defender, and Rebecca A. Rosenstein, Assistant Federal

20  Public Defender, and hereby joins in Defendant Gaytan's Motion to Sever Trial of Defendants (CR

21  38), as applicable to Joseph Andrade.

22          DATED this 30th day of October, 2012.

23                                       RENE L. VALLADARES
                                         Federal Public Defender
24
                                         */s/ Rebecca A. Rosenstein*
25                                       _____
                                         REBECCA A. ROSENSTEIN
26                                       Assistant Federal Public Defender

27

28

1       <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

2       The undersigned hereby certifies that she is an employee of the Law Offices of the

3 Federal Public Defender for the District of Nevada and is a person of such age and discretion as

4 to be competent to serve papers.

5       That on October 30, 2012, she served an electronic copy of the above and foregoing

6 **DEFENDANT ANDRADE'S JOINDER IN DEFENDANT GAYTAN'S MOTION TO SEVER**

7 **TRIAL OF DEFENDANTS (CR 38)**, by electronic service (ECF) to the person named below:

8

9                DANIEL G. BOGDEN
               United States Attorney
               CRISTINA D. SILVA

10                Assistant United States Attorney
               333 Las Vegas Blvd. So. 5th Floor

11                Las Vegas, NV 89101

12

13                */s/ Blanca Lenzi*

14                Employee of the Federal Public Defender

15

16

17 IT IS SO ORDERED.

18

19

20 UNITED STATES MAGISTRATE JUDGE

21 DATED: October 31, 2012

22

23

24

25

26

27

28