1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   REBECCA A. ROSENSTEIN
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  (Fax) 388-6261

6  Attorneys for Joseph Andrade

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-cr-00237-MMD-CWH |
|---|---|
| Plaintiff, | **DEFENDANT ANDRADE'S JOINDER IN DEFENDANT GAYTAN'S MOTION TO SEVER TRIAL OF DEFENDANTS (CR 38)** |
| vs. | |
| JOSEPH ANDRADE, | |
| Defendant. | |

COMES NOW the defendant, JOSEPH ANDRADE, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Rebecca A. Rosenstein, Assistant Federal Public Defender, and hereby joins in Defendant Gaytan's Motion to Sever Trial of Defendants (CR 38), as applicable to Joseph Andrade.

DATED this 30th day of October, 2012.

RENE L. VALLADARES
Federal Public Defender

*/s/ Rebecca A. Rosenstein*
_____
REBECCA A. ROSENSTEIN
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 30, 2012, she served an electronic copy of the above and foregoing **DEFENDANT ANDRADE'S JOINDER IN DEFENDANT GAYTAN'S MOTION TO SEVER TRIAL OF DEFENDANTS (CR 38)**, by electronic service (ECF) to the person named below:

```
        DANIEL G. BOGDEN
        United States Attorney
        CRISTINA D. SILVA
        Assistant United States Attorney
        333 Las Vegas Blvd. So. 5th Floor
        Las Vegas, NV 89101
```

                    */s/ Blanca Lenzi*
                    _____
                    Employee of the Federal Public Defender

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 31, 2012

2