# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSEPH ANDRADE, et al.,  )<br>  )<br>Defendant.  )<br>  ) | Case No.: 2:12-cr-00237-APG-CWH<br><br>**ORDER REGARDING DEFENDANT ANDRADE'S JOINDER TO MOTION IN LIMINE RE CHARACTER EVIDENCE [Dkt. ## 154, 157, 159]** |

Before the Court are (1) defendant Joseph Andrade's Joinder [Dkt. #154] to defendant Gaytan's Motion in Limine to Preclude Reference to Irrelevant and/or Admissible Character Evidence; (2) the Government's Motion to Strike [Dkt. #157] that Joinder; and (3) Andrade's Motion to Withdraw [Dkt. #159] his Joinder. Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Andrade's Motion to Withdraw [Dkt. #159] is **GRANTED**. Accordingly, Andrade's Joinder [Dkt. #154] is **WITHDRAWN**, and the Government's Motion to Strike [Dkt. #157] that Joinder is **DENIED AS MOOT**.

DATED this 19th day of August, 2013.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

1