# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-00237-APG-CWH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER DENYING MOTION FOR ATTORNEY-CONDUCTED VOIR DIRE [Dkt. ## 142, 143, 144]** |
| JOSEPH ANDRADE, *et al.,* | ) | |
| Defendant. | ) | |

The Court has considered defendant Joseph Andrade's Motion for Attorney Conducted Voir Dire [Dkt. #142] and the Joinders in that Motion filed by defendant Julian Gaytan [Dkt. #143] and defendant Perla Ramirez [Dkt. #144]. The Motion and Joinders are **DENIED**. Defendants' counsel may be permitted reasonable follow-up to the Court's voir dire of specific prospective jurors. As set forth in the Order Regarding Trial, counsel shall electronically file their proposed jury voir dire questions to be asked by the judge no later than noon (12:00 p.m.) on the day of Calendar Call.

DATED this 19th day of August, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE