# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-00237-APG-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER REGARDING ADMISSIBILITY OF CERTAIN EVIDENCE** |
| JOSEPH ANDRADE, *et al.*, ) | |
| Defendant. ) | |

At the September 5, 2013 hearing, Defendants moved to exclude from evidence (1) portions of a recording (and transcript thereof) of a May 20, 2012 in-person interview of defendant Joseph Andrade by Detective Ed Melgarejo; (2) portions of a recording (and transcript thereof) of a July 3, 2013 phone call made by defendant Joseph Andrade from the jail; and (3) text messages downloaded from a cell phone allegedly owned by defendant Julian Gaytan.

**IT IS HEREBY ORDERED** that page 13, lines 49-60 of the May 20, 2012 recording and transcript will be redacted and not presented to the jury.

**IT IS FURTHER ORDERED** that the following portions of the July 3 recording and transcript will be redacted and not presented to the jury (references are to the Bates number and line number of the written transcript): page 304, lines 1-8 and 14-16; and page 309, lines 19-20. All other objections are overruled.

**IT IS FURTHER ORDERED** that the defendants' objections to text messages 866, 1374, 1375, and 1376 are overruled. Defendants may propose appropriate jury instructions regarding these texts. The Government still must lay proper foundation and authentication before the evidence will be admitted.

DATED this 6th day of September, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE