

FILED

APR 1 0 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>JOSEPH ANDRADE, )<br>Defendant. ) | 2:12-CR-237-APG-(CWH) |

## FINAL ORDER OF FORFEITURE

On September 30, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) based upon the jury verdict finding defendant JOSEPH ANDRADE guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant JOSEPH ANDRADE was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 258; Verdict Form, ECF No. 269; Preliminary Order of Forfeiture, ECF No. 278.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 3, 2013, through November 1, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 302.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United
9    States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be
10   disposed of according to law:

11   1.    a black Glock, Model 22, .40 caliber handgun, bearing serial number SMF592;

12   2.    a black, Springfield Armory, Model 1911, .45 caliber handgun, bearing serial number
13         N437696; and

14   3.    any and all ammunition.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
16   including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
17   income derived as a result of the United States of America's management of any property forfeited
18   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20   certified copies to the United States Attorney's Office.

21   DATED this *10* day of April, 2014.

22

23

24   _____
25   UNITED STATES DISTRICT JUDGE

26